FILED
APR 7 - 2017
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>CARLSON M. IGWACHO,<br>Defendant. | Criminal Case No. 14-cr-30 (BAH)<br>Chief Judge Beryl A. Howell |

**ORDER**

Upon consideration of the probation petition as to the defendant, Carlson M. Igwacho, ECF No. 595, the proceedings held on April 7, 2017, and the defendant's concession that he violated fifteen terms of his supervision, it is hereby

**ORDERED** that the defendant is sentenced to serve an additional six (6) months probation, to expire on June 8, 2018; and it is further

**ORDERED** that the conditions of the defendant's release are modified to include Mental Health Treatment. The defendant shall participate in a Mental Health Assessment and follow the terms of such assessment, which may include, but is not limited to, outpatient or inpatient treatment as approved and directed by the Probation Office; and it is further

**ORDERED** that the Probation Office shall provide a report to the Court regarding the outcome of the Mental Health Assessment; and it is further ordered

**ORDERED** that the defendant shall report to the Court monthly for a period of three (3) months, and provide verification of restitution payment or provide reasons why payment was not made, on May 5, 2017 at 9:30 AM, June 5, 2017 at 9:30 AM, and July 7, 2017 at 9:30 AM.

**SO ORDERED.**

Date: April 7, 2017

BERYL A. HOWELL
Chief Judge